# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OHIO
# WESTERN DIVISION

| | |
|---|---|
| KATHERINE W., | ) |
|     Plaintiff, | ) |
| | ) Case No.: 3:24-cv-00190 |
| v. | ) |
| | ) Magistrate Judge Jolson |
| CAROLYN COLVIN,[1] | ) |
| **Acting Commissioner of Social Security**, | ) |
|     Defendant. | ) |
| | ) |

## ORDER

This cause coming before the Court on the joint motion of the parties (Doc. 13), due notice having been given, and the Court being fully advised,

IT IS THEREFORE ORDERED THAT:

1. The Parties' Joint Stipulation for an Award of Attorney's Fees under the Equal Access to Justice Act is accepted and the Commissioner shall pay Plaintiff's attorney fees in the amount of $3,375.00 and costs in the amount of $0, for a total award of $3,375.00;

2. Counsel for the parties shall verify whether or not Plaintiff owes a preexisting debt to the United States subject to offset, consistent with *Astrue v. Ratliff,* 130 S.Ct. 2521, 560 U.S. 586 (2010). If no such pre-existing debt exists, Defendant shall pay the EAJA award directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff; and

3. The case remains terminated on the docket of this Court.

IT IS SO ORDERED.

Date: January 2, 2025                             /s/ Kimberly A. Jolson
                                                                                              KIMBERLY A. JOLSON
                                                                                              UNITED STATES MAGISTRATE JUDGE

---

[1] Carolyn Colvin became the Acting Commissioner of Social Security on November 30, 2024. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn Colvin should be substituted for Martin O'Malley as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).